381 A.2d 909

Kruvczuk v. Kruvczuk, Appellant.

620

Argued September 20, 1977. William F. Coyle, with him Eric D. Turner, for appellant; Robert W. Maher, with him William J. MacDermott, for appellee.

Order affirmed.